**LARAMI LIMITED, Plaintiff–Appellant,**

v.

**The OHIO ART COMPANY, Defendant–Appellee.**

No. 03–1520.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 4, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).